# ALABAMA COURT OF CRIMINAL APPEALS



May 23, 2025

**CR-2024-0715**
Walter Harold Johnson v. State of Alabama (Appeal from Montgomery Circuit
Court: CC-05-1770.62)

## <u>NOTICE</u>

You are hereby notified that on May 23, 2025, the following action was taken
in the above-reference cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk